UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:         In Bankruptcy:

WANDA MARIE BARNETT        Case No. 09-54251-TJT
       Chapter 7
       Hon. THOMAS J. TUCKER

       Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the United States Bankruptcy Court:

    The attached check in the amount of $704.73 represents unclaimed dividends in this Estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | 1 | $240.25 |
| JJ Marshall & Associates<br>6360 Jackson Rd<br>Ann Arbor, MI 48103 | 3 | $117.72 |
| UCB Collections<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | 4 | $155.36 |
| UCB Collections<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | 6 | $131.34 |
| UCB Collections<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | 7 | $60.06 |

                              **Total: $704.73**

                              Respectfully Submitted,

Dated: 05/12/2011

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]